Fill in this information to identify the case:

Debtor 1: Kimberly Nakita Outlaw

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 23-12624

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Cadence Bank

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 9 7 1 8

Date of payment change:
Must be at least 21 days after date of this notice: 06/01/2025

New total payment: $ 1,274.00
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 428.62     New escrow payment: $ 521.62

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%
   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1: Kimberly Nakita Outlaw
First Name / Middle Name / Last Name

Case number (if known): 23-12624

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Lauren Copeland
Signature

Date: 04/25/2025

Print: Lauren Copeland
First Name / Middle Name / Last Name

Title: Bankruptcy Specialist

Company: Cadence Bank fka BancorpSouth Bank

Address: P O Box 1727
Number / Street

Tupelo    MS    38802
City / State / ZIP Code

Contact phone: 662-620-3908

Email: lauren.copeland@cadencebank.com

```
Cadence Bank - Portfolio
2778 w jackson street
Tupelo          MS 38801


111-555-1111




KIMBERLY NAKITA OUTLAW                          YOUR LOAN NUMBER:         18
708 PARSONS AVE
GREENWOOD            MS 38930

                                                DATE: 04/18/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 06/01/25 THROUGH 05/31/26.
-------- ANTICIPATED PAYMENTS FROM ESCROW - 06/01/25 THROUGH 05/31/26 -------
          HOMEOWNER/FIRE              3134.00
          COUNTY TAXES                2099.63

        TOTAL PAYMENTS FROM ESCROW    5233.63

        MONTHLY PAYMENT TO ESCROW      436.13 (1/12TH OF ABOVE TOTAL)

-------- ANTICIPATED ESCROW ACTIVITY - 06/01/25 THROUGH 05/31/26 ---------
        -ANTICIPATED PAYMENTS-               -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED      REQUIRED
                   ACTUAL STARTING BALANCE         276.17        1308.46
JUN 25   436.13                                    712.30        1744.59
JUL 25   436.13                                   1148.43        2180.72
AUG 25   436.13                                   1584.56        2616.85
SEP 25   436.13                                   2020.69        3052.98
OCT 25   436.13                                   2456.82        3489.11
NOV 25   436.13                                   2892.95        3925.24
DEC 25   436.13    2099.63   COUNTY TAXES         1229.45        2261.74
JAN 26   436.13                                   1665.58        2697.87
FEB 26   436.13                                   2101.71        3134.00
MAR 26   436.13                                   2537.84        3570.13
APR 26   436.13    3134.00   HOMEOWNER/FI ALP     -160.03  RLP    872.26
MAY 26   436.13                                    276.10        1308.39

------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -1032.29.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JUNE 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.

```
------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
        PRINCIPAL & INTEREST                             752.38
        ESCROW (1/12TH OF ANNUAL ANTICIPATED             436.13
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
        PLUS: SHORTAGE PAYMENT                            86.02
        MINUS: SURPLUS CREDIT                              0.00
        ROUNDING ADJUSTMENT                               -0.53
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/25     1274.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      872.26.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       872.26.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
06/24      428.62      07/24      428.62      08/24      4286.20   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                   00/00       0.00
00/00      0.00                   00/00       0.00
00/00      0.00                   00/00       0.00

## CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. Locke D Barkley; ecf_lbarkley13@barkley13.com

Hon. Thomas C Rollins Jr; trollins@therollinslawfirm.com

I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Kimberly Nakita Outlaw
708 Parsons Ave
Greenwood, MS 38930

This is the __25th__ day of April, 2025.

/s/Lauren Copeland
Cadence Bank:
Lauren Copeland
Bankruptcy Specialist