IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kimberly Nakita Outlaw, Debtor           Case No. 23-12624-SDM
                                                                    CHAPTER 13

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 84) as follows:

1. Debtor commenced this case on 08/25/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor fell behind on plan payments due to changing employers.

3. The debtor's payroll deductions for the plan payments were not immediately implemented.

4. The wage deduction is now in place, and the new employer has begun withholding the Chapter 13 plan payments.

5. Debtor can continue making the plan payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                          Respectfully submitted,

                              By:    /s/ Thomas C. Rollins, Jr.
                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                     Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on February 23, 2026, to:

By Electronic CM/ECF Notice:

    Locke D. Barkley

    U.S. Trustee

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr.