CM/ECF bvhrg4
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Kimberly Nakita Outlaw | ) | Case No.: 23−12624−SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 4/9/26 at 10:00 AM

to consider and act upon the following:

*84 −* Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 3/9/2026. (Barkley, Locke)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 2/23/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: BC
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| In re: | Case No. 23-12624-SDM |
|---|---|
| Kimberly Nakita Outlaw | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: bvhrg4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly Nakita Outlaw, 708 Parsons Ave, Greenwood, MS 38930-3226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Cadence Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| John S. Simpson | on behalf of Creditor Veritas Federal Credit Union rboone@simpsonlawfirm.net jsimpson@simpsonlawfirm.net |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Kimberly Nakita Outlaw trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1 User: autodocke Page 2 of 2
Date Rcvd: Feb 23, 2026 Form ID: bvhrg4 Total Noticed: 1
TOTAL: 5