_____



**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                  **CHAPTER 13 CASE NO.:**

**KIMBERLY NAKITA OUTLAW**                        **23-12624-SDM**

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #84)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #84) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"), and the Response thereto filed by the Debtor (Dkt. #85). Upon agreement of the parties,

IT IS ORDERED that:

1.     The Motion shall be and is hereby denied.

2.     The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #31).

3.     The post-petition mortgage payment arrears through April 2026 shall be cured over the remaining term of the Confirmed Plan. The amount necessary to cure such arrears shall be disbursed by the Trustee together with the continuing monthly payment.

4.      This Agreed Order shall not become final for a period of twenty-one (21) days, giving the affected creditor(s) an opportunity to object to the entry of same.

**##END OF ORDER##**

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392