

SO ORDERED,

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

KIMBERLY NAKITA OUTLAW                        23-12624-SDM

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #84)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #84) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"), and the Response thereto filed by the Debtor (Dkt. #85). Upon agreement of the parties,

IT IS ORDERED that:

1.      The Motion shall be and is hereby denied.

2.      The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #31).

3.      The post-petition mortgage payment arrears through April 2026 shall be cured over the remaining term of the Confirmed Plan. The amount necessary to cure such arrears shall be disbursed by the Trustee together with the continuing monthly payment.

4.    This Agreed Order shall not become final for a period of twenty-one (21) days, giving the affected creditor(s) an opportunity to object to the entry of same.

**##END OF ORDER##**

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392

United States Bankruptcy Court

Northern District of Mississippi

| In re: | | Case No. 23-12624-SDM |
|---|---|---|
| Kimberly Nakita Outlaw | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf0005 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Nakita Outlaw, 708 Parsons Ave, Greenwood, MS 38930-3226 |
| 4352165 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 4352170 | + | Paramount Capital Group, P.O. Box 409, Conshohocken, PA 19428-0409 |
| 4352171 | | Richard Williams, 3312 Epps Rd, Tchula, MS 39169 |
| 4352176 | + | Veritas Fcu, P.O. Box 2659, Smyrna, TN 37167-2686 |
| 4352177 | + | Veritas Federal Credit, P.O. Box 2659, Smyrna,TN 37167-2686 |
| 4373769 | + | Veritas Federal Credit Union, P O Box 2659, Smyrna TN 37167-2686 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4352151 | + | Email/Text: amscbankruptcy@adt.com | Mar 31 2026 23:40:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 4365949 | ^ | MEBN | Mar 31 2026 23:39:22 | ADT LLC, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 4352152 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 31 2026 23:47:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4367043 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 23:47:00 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4356534 | + | Email/Text: bankruptcy@cadencebank.com | Mar 31 2026 23:40:00 | Cadence Bank, P.O. Box 4360, Tupelo, MS 38803-4360 |
| 4352153 | + | Email/Text: mtgbankruptcy@cadencebank.com | Mar 31 2026 23:40:00 | Cadence Bank, Attn: Legal Department, P.O. Box 789, Tupelo, MS 38802-0789 |
| 4352154 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2026 23:46:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4363562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2026 23:46:59 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4352155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2026 23:46:55 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4352156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2026 23:47:04 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 4368844 | | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2026 23:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4352157 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 23:40:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4352158 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 23:40:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 4352159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 23:40:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box |

| | | | |
|---|---|---|---|
| | | | 182125, Columbus, OH 43218-2125 |
| 4352160 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2026 23:40:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4352161 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 23:46:56 | Credit Collection Svcs, P.O. Box 10497, Greenville, SC 29603-0497 |
| 4352162 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2026 23:47:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4352168 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2026 23:47:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 4355233 | Email/Text: mrdiscen@discover.com | Mar 31 2026 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4352163 | + Email/Text: mrdiscen@discover.com | Mar 31 2026 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4352164 | + Email/Text: credit7@entergy.com | Mar 31 2026 23:40:00 | Entergy Mississippi, Inc., Attn: Bankruptcy, 639 Loyola Avenue Suite 300, New Orleans, LA 70113-7106 |
| 4352166 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 31 2026 23:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4374125 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 31 2026 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 4352167 | ^ MEBN | Mar 31 2026 23:39:11 | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 4365528 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 23:47:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4352169 | Email/Text: EBN@Mohela.com | Mar 31 2026 23:40:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4374124 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2026 23:46:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4371197 | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2026 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4371196 | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2026 23:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4352172 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2026 23:46:55 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352173 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2026 23:46:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352174 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2026 23:46:59 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352383 | + Email/Text: USAMSN.Bankruptcy@usdoj.gov | Mar 31 2026 23:40:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4352175 | Email/Text: bknotice@upgrade.com | Mar 31 2026 23:40:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 4373837 | ^ MEBN | Mar 31 2026 23:39:03 | Veritas Federal Credit Union, c/o John S. Simpson, Simpson Law Firm, P.A., P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0537-1                          User: autodocke                              Page 3 of 3
Date Rcvd: Mar 31, 2026                      Form ID: pdf0005                           Total Noticed: 42

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| James Eldred Renfroe | on behalf of Creditor Cadence Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| John S. Simpson | on behalf of Creditor Veritas Federal Credit Union rboone@simpsonlawfirm.net  jsimpson@simpsonlawfirm.net |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Kimberly Nakita Outlaw trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5