_____

**SO ORDERED,**



Selene Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:   Kimberly Nakita Outlaw, Debtor**                 **Case No. 23-12624-SDM**

                                                                          **CHAPTER 13**

### ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR (Dkt. #91)

Upon the motion of debtor(s) to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtor(s) having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. The above-captioned case is hereby **DISMISSED.**
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtor(s)' motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

**## END OF ORDER ##**

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:
Case No. 23-12624-SDM

Kimberly Nakita Outlaw
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf0002 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Nakita Outlaw, 708 Parsons Ave, Greenwood, MS 38930-3226 |
| 4352165 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 4352170 | + | Paramount Capital Group, P.O. Box 409, Conshohocken, PA 19428-0409 |
| 4352171 | | Richard Williams, 3312 Epps Rd, Tchula, MS 39169 |
| 4352176 | + | Veritas Fcu, P.O. Box 2659, Smyrna, TN 37167-2686 |
| 4352177 | + | Veritas Federal Credit, P.O. Box 2659, Smyrna,TN 37167-2686 |
| 4373769 | + | Veritas Federal Credit Union, P O Box 2659, Smyrna TN 37167-2686 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4352151 | + | Email/Text: amscbankruptcy@adt.com | Apr 07 2026 23:51:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 4365949 | ^ | MEBN | Apr 07 2026 23:49:45 | ADT LLC, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 4352152 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 08 2026 00:01:47 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4367043 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:01:40 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4356534 | + | Email/Text: bankruptcy@cadencebank.com | Apr 07 2026 23:50:00 | Cadence Bank, P.O. Box 4360, Tupelo, MS 38803-4360 |
| 4352153 | + | Email/Text: mtgbankruptcy@cadencebank.com | Apr 07 2026 23:50:00 | Cadence Bank, Attn: Legal Department, P.O. Box 789, Tupelo, MS 38802-0789 |
| 4352154 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 00:01:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4363562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 00:01:51 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4352155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 00:01:45 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4352156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2026 00:01:41 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 4368844 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2026 23:51:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4352157 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2026 23:51:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4352158 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2026 23:51:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 4352159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2026 23:51:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box |

District/off: 0537-1 | User: autodocke | Page 2 of 3
Date Rcvd: Apr 07, 2026 | Form ID: pdf0002 | Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 4352160 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2026 23:51:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4352161 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:01:40 | Credit Collection Svcs, P.O. Box 10497, Greenville, SC 29603-0497 |
| 4352162 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 00:01:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4352168 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2026 00:01:52 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 4355233 | | Email/Text: mrdiscen@discover.com | Apr 07 2026 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4352163 | + | Email/Text: mrdiscen@discover.com | Apr 07 2026 23:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 4352164 | + | Email/Text: credit7@entergy.com | Apr 07 2026 23:50:00 | Entergy Mississippi, Inc., Attn: Bankruptcy, 639 Loyola Avenue Suite 300, New Orleans, LA 70113-7106 |
| 4352166 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 07 2026 23:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4374125 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 07 2026 23:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 4352167 | ^ | MEBN | Apr 07 2026 23:49:41 | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 4365528 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:01:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4352169 | | Email/Text: EBN@Mohela.com | Apr 07 2026 23:50:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4374124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2026 00:01:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4371197 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2026 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4371196 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2026 23:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4352172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2026 00:01:51 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352173 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2026 00:01:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2026 00:01:39 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4352383 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | Apr 07 2026 23:50:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4352175 | | Email/Text: bknotice@upgrade.com | Apr 07 2026 23:50:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 4373837 | ^ | MEBN | Apr 07 2026 23:49:19 | Veritas Federal Credit Union, c/o John S. Simpson, Simpson Law Firm, P.A., P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0537-1                    User: autodocke                    Page 3 of 3
Date Rcvd: Apr 07, 2026              Form ID: pdf0002                  Total Noticed: 42

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| James Eldred Renfroe | on behalf of Creditor Cadence Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| John S. Simpson | on behalf of Creditor Veritas Federal Credit Union rboone@simpsonlawfirm.net  jsimpson@simpsonlawfirm.net |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Kimberly Nakita Outlaw trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5