**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Kimberly Nakita Outlaw., Debtor**          **Case No. 23-12624-SDM**
                                                                                    **CHAPTER 13**

**CERTIFICATE OF SERVICE**

        I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Hearing Notice, Final Application for Compensation and Exhibits were forwarded on April 21, 2026.

By USPS First Class Mail, Postage Prepaid:

        Kimberly Nakita Outlaw
        708 Parsons Ave
        Greenwood, MS 38930

 By Electronic CM/ECF Notice:

        Case Trustee

        U.S. Trustee

                         /s/ Thomas C. Rollins, Jr.
                         Thomas C. Rollins, jr.

CM/ECF ocrtsvc1
(Rev. 06/16/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Kimberly Nakita Outlaw | ) | Case No.: 23–12624–SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |
| | ) | |
| | ) | |

### ORDER TO FILE CERTIFICATE OF SERVICE

IT IS ORDERED that any party who has been directed by this Court to serve notices in the above captioned case or proceeding shall comply with the requirement of the Standing Order Delegating Certain Noticing Responsibilities. Such party shall also file a certificate of service within seven (7) days of the date of service of any such notice; and it is

ORDERED that any failure or omission to file such certificate of service by the date below may result in the ex parte dismissal of the motion or application to which such certificate of service relates and the imposition of additional sanctions on the party to whom this order is directed.

Deadline for Service: 4/27/26

Deadline for Filing Certificate of Service: 5/4/26

Dated and Entered: 4/21/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court
Northern District of Mississippi

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Kimberly Nakita Outlaw**                    **Case No. 23-12624-SDM**
**, Debtor**                                                **CHAPTER 13**

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF NECESSARY EXPENSES**
**FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtor, and

files this *Final Application for Allowance of Compensation and Reimbursement of Necessary*

*Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this

Honorable Court as follows, to-wit:

1.      On August 25, 2023, Debtor filed a bankruptcy petition under Chapter 13 of the

bankruptcy code.

**FEE AGREEMENT**

2.      The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter

"the firm"), have agreed to an hourly billing arrangement in lieu of this Court's

standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a

rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00

per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at

$100.00 per hour.  Said rates are reasonable and in keeping with community custom

and standards for attorneys in this area.

3.      Throughout its representation of the Debtor herein, Applicant has maintained

itemized billing entries which are completed and maintained contemporaneously with

the associated service(s) provided.

**RETAINER**

4.    The Debtor herein did not provide a retainer.

**FEES PAID TO DATE**

5.    The Court previously approved interim compensation in the amount of $1,788.06

(Dk# 23), $1,931.54 (Dk #51), $994.54 (Dk#65) and $1,391.08 (Dk #77).  Total

interim compensation totals $$6,105.22.

6.    The trustee has disbursed $3,334.97on this claim as of April 15, 2026.

**ADDITIONAL FEES REQUESTED**

7.    None.

8.    Waived

**TOTAL FEES FOR FINAL APPROVAL**

1.    Applicant requests that the final award of attorneys fees be reduced to $3,334.97,

being the amount already having been disbursed by the Trustee. A detailed

accounting is attached hereto as Exhibit "B".

**A. LODESTAR ANALYSIS**

**1. The prevailing hourly rate in the community under § 330**

The Applicant requests fees based on the following hourly rates: $360.00 for attorneys,

$155.00 for paralegals, and $100.00 for legal assistants.

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy

attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized

nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years

of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer

bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to

command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of

experience with the same firm, having worked on 90% of those 4,000 cases, holds board certification in consumer bankruptcy law, is highly regarded in the community, and is a partner in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants' paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable range for paraprofessional services.

**2. Reasonable hours expended**

While Chapter 11 lawyers may only be compensated for reasonable time expended that produce a material benefit to the estate, § 330(a)(B) provides that a chapter 13 debtor's attorney can be awarded reasonable compensation for representing the interests of the debtor, based on the benefit and necessity of such services to the debtor and the other factors found in § 330.

The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.

An itemization of time is attached as Exhibit "B" and an affidavit of Applicant is attached as Exhibit "C".

**3. Lodestar calculation**

The total lodestar amount is $3,334.97, representing a combined total of 32.1 hours at a blended attorney/paraprofessional rate of $103.89 per hour.

## B. ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the application of the § 330 factors and the Johnson factors warrant upward or downward adjustment.

**1.    § 330 Factors**

The following § 330 factors were already discussed when determining the lodestar amount:

(A) The time spent on such services;

(B) The rates charged for such services;

(C) Whether the compensation is reasonable based on the customary compensation

charged by comparably skilled practitioners in cases other than cases under this title.

The remaining § 330 factors are discussed b**elow:**

(D) Whether the services were necessary to the administration of, or beneficial at the time

at which the service was rendered toward the completion of a case under this title;

    a. The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.

    b. This case was dismissed due to a change in the debtor's circumstances that rendered continuation of the case unfeasible or no longer beneficial to the debtor.  The services were reasonably expected to be beneficial at the time they were incurred.

    c. No adjustment is warranted.

(E) Whether the services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue or

task addressed;

    a. The Applicant did not devote excessive time to drafting schedules, pleadings, or conducting research. A significant amount of time was spent investigating the Debtor's financial situation and gathering the necessary documents for submission to the Trustee. This work was efficiently handled by legal assistants, who billed at $100.00 per hour.

    b. No adjustment is warranted.

(F) With respect to a professional person, whether the person is board certified or

otherwise has demonstrated skill and experience in the bankruptcy field; and

    a. Both Thomas Rollins and Jennifer Calvillo are board-certified in consumer bankruptcy law by the American Board of Certification. In Mississippi, only

five bankruptcy practitioners hold this certification, with three based in the state. Of these, two are with the Applicant's firm.
   b.  The Applicant's extensive experience has already been addressed in the lodestar analysis.
   c.  This factor was taken into account when setting the Applicant's hourly rate, but otherwise supports an upward adjustment.

**2.      Johnson Factors**

The following *Johnson* factors were already discussed when determining the lodestar amount:

1.  The time and labor required.

2.  The novelty and difficulty of the questions presented.

3.  The skill required to perform the legal services properly.

4.  The customary fee in the community.

5.  Whether the fee is fixed or contingent.

6.  The experience, reputation, and ability of the attorneys.

The remaining *Johnson* factors are discussed b**elow:**

7.  The preclusion of other employment by the attorney due to acceptance of the case.
    a.  Not Applicable.
    b.  No adjustment is warranted.

8.  Time limitations imposed by the client or circumstances.

    a.  Not Applicable
    b.  No Adjustment is necessary.

9.  The amount involved and the results obtained.

    a.  This factor was already discussed in the § 330 analysis  (Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;)
    b.  No adjustment is warranted.

10. The undesirability of the case.

a. While this case is no less desirable that other chapter 13 cases, when compared to the broader legal community chapter 13 cases have many elements that make them very undesirable.

b. **Client Non-Cooperation**: Debtors in Chapter 13 cases may have difficulty gathering the necessary financial documentation or adhering to the repayment plan, which increases the attorney's workload and the chances of case dismissal.

c. **Length of the Process**: Chapter 13 cases typically last 5 years, which may lead to diminished client interest and requires attorneys to remain vigilant for potential issues throughout the repayment period. Few practice areas demand such a long-term commitment, where a lawyer must predict an appropriate fee upfront. While some bankruptcy cases are confirmed and proceed smoothly, most require substantial additional work post-confirmation, including handling Motions to Dismiss or Motions for Relief.

d. **Risk of Dismissal**: If the debtor fails to make payments or meet other requirements of the repayment plan, the case may be dismissed, and the attorney may not be compensated for all of the work completed. Chapter 13 practitioners collect a shockingly low percentage of allowed fees in chapter 13 cases.

e. This factor weighs in favor of an upward adjustment.

11. The nature and length of the professional relationship with the client.

a. Applicant had no prior professional relationship with the client prior to their engagement in this matter.

b. No adjustment is warranted.

12. Awards in similar cases

a. The "market rate" of $4,000.00 is a distorted figure, as attorneys are pressured to accept it to avoid the burdensome fee application process, rather than reflecting a true market rate.

b. Under § 330(a)(3)(F), the Court is instructed to compensate bankruptcy attorneys at a rate comparable to that of similarly skilled and experienced **non-bankruptcy attorneys**.

c. This is only one of the twelve Johnson factors. If the Court determines that a downward adjustment is warranted, this factor should be considered alongside the other § 330 and Johnson factors which favor an upward adjustment of the lodestar.

d. Market rates have been addressed in the lodestar analysis, and no additional adjustment is necessary.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an

Order awarding reasonable attorneys' fees for the professional services rendered herein and

authorizing and directing Debtor to pay said attorneys' fees and expenses.  Applicants pray for

general relief.

> Respectfully submitted
>
> /s/ Thomas C. Rollins, Jr.
> Thomas C. Rollins, Jr. (MSBN 103469)
> The Rollins Law Firm, PLLC
> P.O. Box 13767
> Jackson, MS 39236
> 601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

> /s/ Thomas C. Rollins, Jr.
> Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Kimberly Nakita Outlaw**                        **Case No. 23-12624-SDM**
, Debtor                                                    **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,755.00 | $33.06 | $1,788.06 | 23 | 10/19/2023 |
| $1,900.50 | $31.04 | $1,931.54 | 51 | 03/13/2024 |
| $921.50 | $73.04 | $994.54 | 65 | 06/27/2024 |
| $1,333.00 | $58.08 | $1,391.08 | 77 | 10/30/2024 |
| $1,645.00 | $124.04 | $1,769.05 | n/a | n/a |
| $7,555.00 | $319.26 | $7,874.26 | | |



# INVOICE

Invoice # 5334
Date: 09/20/2023
Due On: 10/20/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Nakita Outlaw
708 Parsons Ave
Greenwood, MS 38930

### 05011-Outlaw Kimberly Nakita

### N*D* Ch 13 hourly - Kimberly *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 08/10/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | JAC | 08/10/2023 | Harvesting Docs _ Initial review of taxes, bank, DL, SS card, packet, pay | 0.30 | $350.00 | $105.00 |
| Service | KC | 08/15/2023 | Telephone conference with debtor to discuss missing bank statements and information from General Information Packet and drafted email to debtor listing the missing documents. | 0.20 | $100.00 | $20.00 |
| Service | KC | 08/15/2023 | Reviewed and organized Robinhood statements, CashApp statements, Venmo statements, Apple Card statements and itemized list of household goods for filing. | 0.50 | $100.00 | $50.00 |
| Service | KR | 08/16/2023 | Contact Debtor: Reviewed all bank statements, pay and the packet page needed for filing; drafted email to debtor letting her know to keep sending in her paystubs and bank statements; we also needed the most recent paystubs for Aston and Milwaukee | 0.10 | $150.00 | $15.00 |
| Service | KC | 08/16/2023 | Reviewed and organized paystubs for Milwaukee and Aston Carter for filing. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 08/21/2023 | Input Case - prepare petition, research social security number on PACER, review | 0.30 | $350.00 | $105.00 |

Invoice # 5334 - 09/20/2023

| | | | and select debts to import from CR, add debts in GIP not on CR | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/21/2023 | Contact Debtor: Drafted email to debtor with the list of creditors for her to review | 0.10 | $150.00 | $15.00 |
| Service | KR | 08/22/2023 | Contact Debtor: Telephone conference with debtor about withdrawing funds out of her account if she owes the bank due to filing bankruptcy they will freeze the account; told her to switch any direct deposits or auto withdrawals to her new bank of choice. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/22/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.70 | $350.00 | $245.00 |
| Service | KR | 08/22/2023 | Review email from debtor: Reviewed email from debtor stating she would like to file the chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/22/2023 | Draft email to debtor with bankruptcy options | 0.20 | $350.00 | $70.00 |
| Service | KR | 08/22/2023 | Review email from debtor: Reviewed email from debtor stating she had some extra debts that needed to be added; drafted email memo to JAC re: debts to add to plan | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/23/2023 | Review & respond to email from KR re: debts in Δs case | 0.20 | $350.00 | $70.00 |
| Service | KR | 08/23/2023 | Contact Debtor: Reviewed email memo from JAC re: adding debts. Telephone conference with debtor about the debts she would like to add; they have been added and answered her questions about her credit report; explained the process of filing | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/25/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/25/2023 | Telephone conference w/ client to review petition, schedules and statements prior to her e-signing the documents | 0.70 | $350.00 | $245.00 |
| Service | KR | 08/28/2023 | Contact Debtor: Drafted email to debtor with her case number, plan payments and the information on what to expect/do after filing a chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/29/2023 | Review: 23-12624-SDM Meeting of Creditors Document# 6 | 0.20 | $350.00 | $70.00 |
| Service | JAC | 08/29/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/29/2023 | Review: 23-12624-SDM Order To Pay Wages Document #7 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | KC | 08/30/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $33.06 | $33.06 |
| Service | JAC | 08/30/2023 | Notice of Plan - add Court address, due dates, and date of hearing to notice | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/30/2023 | Review and sign proposed AO w/ TT re: post petition mortgage fees | 0.10 | $350.00 | $35.00 |
| Service | KR | 08/30/2023 | Review email from debtor: Reviewed email from debtor with her 2nd credit counseling course certificate | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/31/2023 | Review: 23-12624-SDM Agreed Order Document #10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: 23-12624-SDM Financial Management Course Certificate Document# 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/05/2023 | Draft Confirmation Order | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-12624-SDM Discover Bank Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/08/2023 | Review: Proof of Claim 23-12624-SDM Cadence Bank Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | KR | 09/11/2023 | Review and organize documents provided by debtor: Reviewed schedules for account and income information. Reviewed and organized statements for 9 accounts, pay stubs for two jobs, taxes, and identification; | 0.60 | $150.00 | $90.00 |
| Service | KR | 09/13/2023 | Review and organize documents provided by debtor: Organized and prepared statements for 9 accounts, paystubs for two jobs, taxes and identification for the Trustee for the meeting of creditors; reviewed the upload for the Trustee's website | 0.30 | $150.00 | $45.00 |
| Service | KR | 09/18/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certification of Compliance of Filing of Payment Advices with Trustee | 0.10 | $150.00 | $15.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.2 | $350.00 | $770.00 |
| Thomas Rollins | | Attorney | 1.7 | $350.00 | $595.00 |
| Kara Cunningham | | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kerri Rodabough | | Non-Attorney | 2.0 | $150.00 | $300.00 |

|  |  |
|---|---|
| **Total** | **$1,788.06** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5334 | 10/20/2023 | $1,788.06 | $0.00 | $1,788.06 |
|  |  |  | **Outstanding Balance** | **$1,788.06** |
|  |  |  | **Total Amount Outstanding** | **$1,788.06** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



ROLLINS
LAW FIRM

# INVOICE

Invoice # 5866
Date: 01/23/2024
Due On: 02/22/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Nakita Outlaw
708 Parsons Ave
Greenwood, MS 38930

### 05011-Outlaw Kimberly Nakita

### N*D* Ch 13 hourly - Kimberly *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 09/20/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | TR | 09/20/2023 | Review: 23-12624-SDM Hearing Set (Document) Document# 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/20/2023 | Review: 23-12624-SDM Order for Certificate of Service Document #15 and deadlines - update file- attach to motion and prepare for mailing | 0.20 | $350.00 | $70.00 |
| Expense | BB | 09/21/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $31.04 | $31.04 |
| Service | KR | 09/21/2023 | Telephone conference with Shondra at Veritas FCU; she stated that the address for this creditor is incorrect and would like us to file a notice change of address with the courts so they get all notifications; they were never notified that she had filed | 0.10 | $150.00 | $15.00 |
| Service | KR | 09/21/2023 | Draft Notice, Motion & Order: Drafted Notice Change of Address for Creditor Veritas FCU | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/21/2023 | Review declaration of mailing - attach to Notice and file w/ court | 0.10 | $350.00 | $35.00 |
| Service | KR | 09/26/2023 | Review email from debtor: Reviewed email from debtor stating that the address for Veritas was in correct; drafted email to debtor letting her know the address change was filed with the court on 9/21 | 0.10 | $150.00 | $15.00 |

| Service | KR | 10/03/2023 | Contact Debtor: Telephone conference with debtor about the letter she received in the mail; explained that she does not need to attend unless our office contact her | 0.10 | $150.00 | $15.00 |
|---------|----|-----------|------|------|---------|---------|
| Service | TR | 10/03/2023 | Review: 23-12624-SDM Objection to Debtor's Claim of Exemptions Document# 18 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: 23-12624-SDM Notice of Mortgage Payment Change (B10 Supplement 1) Document# 20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: 23-12624-SDM Hearing Set (Document) Document# 19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: Proof of Claim 23-12624-SDM Capital One N.A. Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/05/2023 | Attend 341 meeting | 0.40 | $350.00 | $140.00 |
| Service | KR | 10/09/2023 | Review email from debtor: Reviewed email from debtor with questions about her meeting of creditors that she had; answered a question about her mortgage | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/09/2023 | Contact Debtor: Telephone conference with debtor about the letter she received from her mortgage company and what was stated by the trustee about her payments changing; reviewed the proof of claim and the mortgage changed due to escrow; she understood; reviewed plan to double check the mortgage is paid directly by the debtor | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/10/2023 | Review: Proof of Claim 23-12624-SDM LVNV Funding, LLC Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/10/2023 | Review: Proof of Claim 23-12624-SDM LVNV Funding, LLC Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/10/2023 | Review: Proof of Claim 23-12624-SDM ADT LLC Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/13/2023 | Review: Proof of Claim 23-12624-SDM Affirm, Inc. Document # 7 through 10 | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/19/2023 | Review: 23-12624-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/19/2023 | Review: Proof of Claim 23-12624-SDM Citibank, N.A. Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/19/2023 | Review docket to make sure no issues to resolve for confirmation | 0.10 | $350.00 | $35.00 |

| Service | KR | 10/24/2023 | Contact Debtor: Drafted email to debtor with the Amended C to sign | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 10/25/2023 | Review: Proof of Claim 23-12624-SDM LVNV Funding, LLC Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: Proof of Claim 23-12624-SDM LVNV Funding, LLC Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 23-12624-SDM Order on Application for Compensation Document #23 | 0.10 | $350.00 | $35.00 |
| Expense | BB | 10/25/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $42.18 | $42.18 |
| Expense | BB | 10/25/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $42.18 | $42.18 |
| Service | KR | 10/26/2023 | Reviewed amended C signed by debtor and prepared for upload to COS; received and reviewed the COS for filing the amended C | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/26/2023 | Contact Debtor: Telephone conference with debtor about her Verizon account; she stated she was not sure how that works since she is keeping her phones and account; explained that if she is planning to keep her service with Verizon she would continue to pay; if she would like to find another carrier and cancel her plan with Verizon any debt that incurred before filing would be covered. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/26/2023 | Review: Proof of Claim 23-12624-SDM Quantum3 Group LLC as agent for Document # 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/26/2023 | Review: Proof of Claim 23-12624-SDM Quantum3 Group LLC as agent for Document # 15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/26/2023 | Review: Proof of Claim 23-12624-SDM Quantum3 Group LLC as agent for Document # 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/26/2023 | Review: Proof of Claim 23-12624-SDM Quantum3 Group LLC as agent for Document # 17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/27/2023 | Emailed TT re: withdrawing objection to schedule C | 0.10 | $350.00 | $35.00 |
| Service | KR | 10/30/2023 | Drafted response for the Objection to Exemptions filed by the Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/31/2023 | Review: Proof of Claim 23-12624-SDM | 0.10 | $350.00 | $35.00 |

| | | | LVNV Funding, LLC Document # 18 | | | |
|---|---|---|---|---|---|---|
| Service | TR | 11/03/2023 | Review: 23-12624-SDM Order on Objection Document #28 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: 23-12624-SDM Notice of Appearance Document# 29 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: Proof of Claim 23-12624-SDM Veritas Federal Credit Union Document # 19 | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/03/2023 | Review: Proof of Claim 23-12624-SDM Veritas Federal Credit Union Document # 21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: Proof of Claim 23-12624-SDM Veritas Federal Credit Union Document # 20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: Proof of Claim 23-12624-SDM Portfolio Recovery Associates, LLC Document # 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: Proof of Claim 23-12624-SDM Jefferson Capital Systems LLC Document # 23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/03/2023 | Review: 23-12624-SDM Order Confirming Chapter 13 Plan Document #31 | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/06/2023 | Review Claims Register to see if we need to file additional claims - none needed | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/08/2023 | Review email from debtor: Reviewed email from debtor with a copy of the order withdrawing objection to exemption she received wanting to know what it meant | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/08/2023 | Contact Debtor: Telephone conference with debtor explained that the order withdrawing means that the objection to exemption was moot and it was like it was never filed since the amended schedule C was filed | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/28/2023 | Telephone conference with Chondra from Veritas FCU requesting the declaration page for the Mercedes with the effective date as of 8/1; once received need to email to her | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/28/2023 | Contact Debtor: Called debtor left message; drafted email and text about the insurance declaration needed for Veritas Federal Credit Union | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/30/2023 | Contact Debtor: Telephone conference with debtor about the declaration page that | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | needs to be dated as of 8/1 for the Mercedes requested by Veritas; she had forgotten to do this but will email it to me | | | |
| Service | KR | 12/05/2023 | Contact Debtor: Called debtor left message; drafted email to debtor requesting the insurance documents requested by the lien holder | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/06/2023 | Contact Debtor: Called debtor left message; drafted text and email requesting the insurance documents requested by the creditor Veritas FCU | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/08/2023 | Contact Debtor: Called debtor left message; drafted email and text requesting the proof of insurance requested by Veritas FCU | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/12/2023 | Contact Debtor: Called debtor left message; drafted text requesting the insurance documents needed for Veritas FCU | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/14/2023 | Contact Debtor: Called debtor left message; drafted email and text about the insurance documents requested by Veritas. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/18/2023 | Contact Debtor: Called debtor left message; drafted email and text requesting the declaration page that was needed for Veritas | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/20/2023 | Contact Debtor: Called debtor left message; drafted text and email about the insurance documents that were requested by the creditor Veritas | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/22/2023 | Contact Debtor: Called debtor left message; drafted text requesting the insurance for the Mercedes requested by Veritas | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/03/2024 | Contact Debtor: Called debtor left message; drafted text and email requesting the insurance for the Mercedes requested by Veritas | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/03/2024 | Contact Debtor: Phone conference with collections manager from Veritas Federal requesting proof of insurance from debtor. Informed manager that we have been contacting the debtor for it and have yet to hear back. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/05/2024 | Contact Debtor: Called debtor about the insurance documents that are being | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | requested by Veritas; left message; drafted email and text requesting the documents and informing her if she does not submit these soon her car payments will increase due to forced placed insurance | | | |
| Service | KR | 01/16/2024 | Contact Debtor: Called debtor left message; drafted email and text about the insurance documents requested by Veritas so there will be no increase in payments and no issues with her case | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/18/2024 | Contact Debtor: Called debtor about the insurance documents requested by the creditor Veritas; left message; drafted email and text explaining the urgency of this matter so her payments will not increase | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/23/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/23/2024 | Contact Debtor: Called debtor left message; drafted email and text requesting the insurance documents that are needed for Veritas; explained the urgency of this matter | 0.10 | $155.00 | $15.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 4.2 | $350.00 | $1,470.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.5 | $155.00 | $77.50 |
| Kerri Rodabough | Non-Attorney | 2.3 | $150.00 | $345.00 |
| | | | **Total** | **$2,125.90** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5334 | 10/20/2023 | $1,788.06 | $0.00 | $1,788.06 |

### Current Invoice

Invoice # 5866 - 01/23/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5866 | 02/22/2024 | $2,125.90 | $0.00 | $2,125.90 |
| | | | **Outstanding Balance** | **$3,913.96** |
| | | | **Total Amount Outstanding** | **$3,913.96** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

Exhibit A Page 1 of 4



# INVOICE

Invoice # 6457
Date: 05/28/2024
Due On: 06/27/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Nakita Outlaw
708 Parsons Ave
Greenwood, MS 38930

### 05011-Outlaw Kimberly Nakita

### N*D* Ch 13 hourly - Kimberly *ineligible to convert*

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 01/23/2024 | Draft fee application and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/23/2024 | Reviewed and prepared the motion for compensation, the proposed order and invoice for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/23/2024 | Reviewed the Hearing Notice; prepared the Hearing Notice, Application for Compensation and the invoice for upload to certificate of service | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/23/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $73.04 | $73.04 |
| Service | KR | 01/23/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice, the Motion for Application for Compensation, the invoice and the Declaration of Mailing for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/26/2024 | Contact Debtor (Text/Email): Called debtor left message; drafted email and text requesting the insurance that is needed for Veritas so there are no issues in her case | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/26/2024 | Contact Debtor (Text/Email): Drafted contact us letter to debtor; unable to contact | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/28/2024 | Review: 23-12624-SDM Order for Certificate of Service Document #35 | 0.10 | $360.00 | $36.00 |

Invoice # 6457 - 05/28/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/30/2024 | Review: 23-12624-SDM Corporate Ownership Statement Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: 23-12624-SDM Interlocutory Order on Motion to Extend Automatic Stay Document #40 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: 23-12624-SDM Motion for Relief From Stay Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: 23-12624-SDM Hearing Set (Document) Video Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/31/2024 | Contact Debtor (Text/Email): Called debtor left message; drafted text and email about Veritas filing a Motion for Relief for no insurance; we need a copy of the insurance or the Order will be approved and they will repossess her car. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/02/2024 | Contact Debtor (Text/Email): Telephone conference with debtor; told her about the motion for relief that Veritas has filed; said that her phone does not work all the time she does not receive calls; she can not access her voice mail and the mail has been weird by not delivering on time; she will provide the insurance documents | 0.20 | $155.00 | $31.00 |
| Service | TR | 02/02/2024 | Review and respond to email memo from KR re: insurance on car and MFR | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/05/2024 | Contact Debtor (Text/Email): Telephone conference with debtor; she will be able to get the insurance policy to me next week; stated that she will need the address for Veritas to provide the insurance company so they can make sure Veritas has been listed as the lien holder; reviewed the court docket for the proof of claim submitted by Veritas; drafted a text to debtor with the address for Veritas | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/07/2024 | Contact Debtor (Text/Email): Reviewed email memo from TR re: insurance; called debtor left message and drafted text informing debtor not to drive the vehicle until there is insurance in place so there will be no issues | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/12/2024 | Contact Debtor (Text/Email): Reviewed email from debtor with her declaration page from her insurance company for the Mercedes; drafted email memo to TR re: Mercedes insurance | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/13/2024 | Review declarations page provided by | 0.10 | $360.00 | $36.00 |

| | | | debtor - draft email to John Simpson providing same and making settlement proposal on MFR | | | |
|---|---|---|---|---|---|---|
| Service | TR | 02/22/2024 | Review and sign proposed agreed order on MFR by email | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/22/2024 | Review: 23-12624-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/22/2024 | Contact Debtor (Text/Email): Reviewed email memo from TR re: explain agreed order; telephone conference with debtor explaining that if the insurance lapses again the automatic stay will lifted; | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/04/2024 | Review: 23-12624-SDM Order to Set/Reset Hearing Document #43 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/04/2024 | Review: 23-12624-SDM Order on Motion For Relief From Stay Document #45 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/04/2024 | Review: 23-12624-SDM Order on Motion For Relief From Stay Document #47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/04/2024 | Review: 23-12624-SDM Order Vacating Order Document #46 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/22/2024 | Review: 23-12624-SDM Order To Pay Wages Document #52 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/22/2024 | Review: 23-12624-SDM Order on Application for Compensation Document #51 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: 23-12624-SDM Notice of Mortgage Payment Change Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/24/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 2.0 | $360.00 | $720.00 |
| Kerri Rodabough | Non-Attorney | 1.3 | $155.00 | $201.50 |
| | | | **Total** | **$994.54** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5334 | 10/20/2023 | $1,788.06 | $0.00 | $1,788.06 |
| 5866 | 02/22/2024 | $2,125.90 | $0.00 | $2,125.90 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6457 | 06/27/2024 | $994.54 | $0.00 | $994.54 |

|  |  |
|---|---|
| **Outstanding Balance** | **$4,908.50** |
| **Total Amount Outstanding** | **$4,908.50** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7018
Date: 10/01/2024
Due On: 10/31/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Nakita Outlaw

## 05011-Outlaw Kimberly Nakita

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 05/28/2024 | Drafted invoice; reviewed court docket for previous Orders for Application for Compensations; drafted 3rd Application for Compensation; drafted email memo to TR re: review 3rd Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/28/2024 | Review and revise fee application drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/28/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the Proposed Order and the invoice for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/30/2024 | Reviewed court docket for the Hearing Notice for the Application for Compensation; prepared the Hearing Notice, the 3rd Application for Compensation and the invoice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/30/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice, the invoice and the Application for Compensation for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/31/2024 | Review: 23-12624-SDM Order for Certificate of Service Document #57 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: 23-12624-SDM Hearing Set (Document) Video Document# 56 | 0.10 | $360.00 | $36.00 |

Case 23-12624-SDM Doc 85-1 Filed 04/30/25 Entered 04/30/25 14:03:39 Desc Main Exhibit A Page 27 of 40

Invoice # 7018 - 10/01/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/13/2024 | Review: 23-12624-SDM Hearing Set (Document) Video Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/13/2024 | Review: 23-12624-SDM Motion for Relief From Stay Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/13/2024 | Review: 23-12624-SDM Interlocutory Order on Motion to Extend Automatic Stay Document #62 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/13/2024 | Call Debtor: Called debtor left message; drafted email and text requesting a call back to discuss the Motion for Relief of Stay filed by the Mortgage Company | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/14/2024 | Call Debtor: Called debtor left message; drafted email and text requesting a call back about the Motion for Relief filed by her mortgage company | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/17/2024 | Call Debtor: Called debtor left another message; drafted text and email requesting a call back to discuss the Motion for Relief filed by her mortgage company | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/18/2024 | Call Debtor: Called debtor left message; drafted email and text about the Motion for Relief filed by the mortgage company | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/24/2024 | Call Debtor: Telephone conference with debtor about the mortgage company filing the motion for relief and the delinquency; she stated it used to be automatically drafted and now it's not; she can send in some of the payments but not sure if she can afford to pay the full delinquency; ; also discussed the school loan that she co-signed for Richard Williams; the loan has been paid off; the Paramount Capital School Loan was the only debt that was associated with him; the debtor would like to know if there is an option to include her mortgage payment into her plan | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/24/2024 | Drafted email memo to TR re: mortgage delinquency | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/25/2024 | Review email memo from KR re: MFR - review file - draft email to M. Vardaman re: adding mortgage to plan | 0.30 | $360.00 | $108.00 |
| Service | KR | 06/25/2024 | Review email from Attorney: Reviewed email memo from TR re: delinquency | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/27/2024 | Reviewed court docket for the Motion for Relief; drafted response; drafted email memo to TR re: review response | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/27/2024 | Review: 23-12624-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: 23-12624-SDM Order on Application for Compensation Document #65 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review and approve response drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/28/2024 | Reviewed email memo from TR re:response; prepared the response for upload to the court; created task for GM to print/mail response to Cadence | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/02/2024 | Review file, draft email to James Renfroe w/ settlement proposal | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/03/2024 | Review email from James Renfroe re: settling hearing | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/10/2024 | Review: 23-12624-SDM Order To Pay Wages Document #68 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/10/2024 | Review email from James Renfroe re: settlement of MFR | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/16/2024 | Incoming Call: Phone conference with debtor inquiring about adding a debt to her case and about a hearing date. Drafted email memo to kr. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/18/2024 | Incoming Call: Debtor called to speak with KR, she was busy at the time so I took a message. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/18/2024 | Call Debtor: Reviewed message from debtor requesting an update; reviewed court docket; telephone conference with debtor informing the order has not been filed but once order has been filed will email her copy | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/19/2024 | Review and sign proposed AO via email | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/19/2024 | Review: 23-12624-SDM Hearing Not Held. Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/19/2024 | Review: 23-12624-SDM Order To Pay Wages Document# 69 | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/22/2024 | Incoming Call: Debtor called to speak with KR, she was unavailable so I took a message | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/22/2024 | Call Debtor: Reviewed email from TC re: | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Agreed Order; telephone conference with debtor explaining the Agreed Order; informed her of the plan payment including the mortgage payment starting in August and the arrearages through July; | | | |
| Service | TR | 07/25/2024 | Review emails from TT and creditor regarding requested revisions to proposed AO | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/26/2024 | Contact Debtor (Text/Email): Reviewed court docket for the Order on the Motion for Relief; drafted email to debtor with a copy of the Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/29/2024 | Review email from debtor: Reviewed email from debtor about the new payments; drafted email to debtor informing her that a new wage order will be issued from the Trustee. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/29/2024 | Review: 23-12624-SDM Order on Motion For Relief From Stay Document# 70 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/05/2024 | Review: 23-12624-SDM Order To Pay Wages Document# 71 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/30/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$1,333.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/30/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $58.08 | $58.08 |
| | | | **Expenses Subtotal** | | **$58.08** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 2.4 | $360.00 | $864.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 2.6 | $155.00 | $403.00 |
| | | | | **Subtotal** | **$1,391.08** |
| | | | | **Total** | **$1,391.08** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5334 | 10/20/2023 | $1,788.06 | $0.00 | $1,788.06 |
| 5866 | 02/22/2024 | $2,125.90 | $0.00 | $2,125.90 |
| 6457 | 06/27/2024 | $994.54 | $0.00 | $994.54 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7018 | 10/31/2024 | $1,391.08 | $0.00 | $1,391.08 |

| | |
|---|---|
| **Outstanding Balance** | **$6,299.58** |
| **Total Amount Outstanding** | **$6,299.58** |



# INVOICE

Invoice # 8950
Date: 04/15/2026
Due On: 05/15/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Nakita Outlaw

## 05011-Outlaw Kimberly Nakita

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 10/01/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted 4th Application for Compensation, the Notice and the Proposed Order; drafted email memo to TR re: Review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/01/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/01/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, invoice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/02/2024 | Reviewed court docket for the Hearing Notice for the Application for Compensation; prepared the Hearing Notice, the 4th Application for Compensation and the invoice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/02/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice with the Declaration attached, the invoice and the Application for Compensation for upload to the court | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 10/03/2024 | Review: 23-12624-SDM Hearing Set (Document) Video Document# 74 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/01/2024 | Review: 23-12624-SDM Order on Application for Compensation Document# 77 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/11/2024 | Review: 23-12624-SDM Order To Pay Wages Document# 79 | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/16/2024 | Incoming Call: Phone conference with debtor requesting information on incurring debt for a new vehicle. Drafted email to debtor requesting 2 months of pay and an updated expense sheet and included VM in the memo. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/28/2025 | Review: 23-12624-SDM Notice of Mortgage Payment Change Document# 80 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/06/2025 | Review: 23-12624-SDM Order To Pay Wages Document# 81 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/07/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/08/2025 | Incoming Call: Telephone conference with debtor about converting; explained why she is not eligible for conversion; inquired about dismissing and refiling; reviewed case and explained about the chance of losing home since there is a large amount of arrearage; she also inquired about purchasing another vehicle | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/08/2025 | Drafted email memo to JAC re: incurring debt for another vehicle | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/08/2025 | review & respond to email from kr re: Δ cosigning on a loan | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/08/2025 | Call Debtor: Reviewed email memo from JAC re: incurring debt; telephone conference with debtor informing her that the court's will not approve her to co-sign for her son | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/01/2025 | Review and respond to email memo: Reviewed email memo from BM | 0.10 | $100.00 | $10.00 |

| | | | stating debtor contacted us inquiring the delinquency amount in her mortgage. Researched in NDC. Drafted email memo to KR. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/01/2025 | Review and respond to email memo: Reviewed email memo from BB re: Mortgage Delinquency; drafted email memo to BB inquiring if mortgage is in the plan or direct and explained how we can assist if the mortgage is in the plan | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/01/2025 | Contact Debtor (Text/Email): Reviewed email from KR stating if the debtor is paying her mortgage directly, the answer will come from the creditor for delinquency balance. Drafted email to debtor informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/01/2025 | Review email from debtor: Reviewed email from debtor stating her mortgage is paid through her plan. Drafted email informing KR and providing copy of confirmed plan stating it is paid direct. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/04/2025 | Contact Debtor (Text/Email): Reviewed email from KR and had phone conference discussing debtors plan and mortgage arrearage. Drafted email to debtor informing her. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/04/2025 | Review and respond to email memo: Reviewed email memo from BB re: mortgage arrears; reviewed court docket for any changes to plan; reviewed the trustee's website for amount of arrearages; drafted email memo to BB; telephone conference with BB explaining the arrearages and why the mortgage was added into the plan | 0.30 | $0.00 | $0.00 |
| Service | BB | 08/14/2025 | Review email from debtor: Reviewed email from debtor requesting a document stating her delinquency as she is interested in converting to a chapter seven and would like to catch up her mortgage delinquency. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/14/2025 | Review and respond to email memo: Reviewed email memo from BB re: mortgage arrearage; drafted email to BB informing her that the Trustee's website can be inaccurate and to | 0.10 | $155.00 | $15.50 |

Invoice # 8950 - 04/15/2026

| | | | inform debtor we can not provide an exact amount; it could change if her case is dismissed | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/18/2025 | Review and respond to email memo: Reviewed email memo from BB re: mortgage arrears and conversion; drafted email memo to BB informing her that the amount of the arrearage could change if she converts due to the mortgage company adding additional fees; we can only provide an estimate | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/18/2025 | Contact Debtor (Text/Email): Phone conference with KR explaining the debtors interest in possibly dismissing her case to file a chapter 7. Drafted email to debtor assisted by KR explaining about the mortgage arrearage and what can happen to the amount when doing so if eligible. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/15/2025 | Review email from debtor: Reviewed email from debtor stating she will be starting a new job soon and inquired how to provide them with a wage garnishment. Informed the debtor of the information needed. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/17/2025 | Review: 23-12624-SDM Order on Release of Wages Document# 82 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/02/2025 | Review email from debtor: Reviewed email from debtor providing some information from her new employer. Reviewed and organized. Drafted email to debtor requesting her frequency of pay. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/03/2025 | Reviewed email from debtor providing frequency of pay for new employment. Drafted email to Trustee office providing the information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/10/2025 | Review: 23-12624-SDM Order To Pay Wages Document# 83 | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/15/2025 | Contact Debtor (Text/Email): Reviewed: 23-12624-SDM Order To Pay Wages and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/02/2026 | Drafted email and fax to debtor's employer with a copy of their wage order. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/12/2026 | Review: 23-12624-SDM Trustee's | 0.20 | $360.00 | $72.00 |

| | | | Notice and Motion to Dismiss Case for Failure to Make Plan Payments Document# 84 | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/13/2026 | Call Debtor: Called debtor left message; drafted email and text to debtor informing her about the delinquency and the Motion to Dismiss that was filed; requested her to contact us to see if we can prevent | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/17/2026 | Call Debtor: Phone conference with debtor about the delinquency and the Motion to Dismiss that was filed by the Trustee; she explained the employer situation with the wage order | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/17/2026 | Drafted response per the Motion to Dismiss filed by the Trustee; | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/19/2026 | Drafted email memo to TR re: review response | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/23/2026 | Prepared the response per the Motion to Dismiss for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/23/2026 | Review: 23-12624-SDM Hearing Set (Document) Video Document# 86 | 0.10 | $360.00 | $36.00 |
| Service | CO | 03/19/2026 | Reviewed email from debtor with an email address to forward the signed permission to contact letter added to task. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/26/2026 | Call Debtor: Phone conference with debtor about the delinquency balance still owed after the payments were received by her employer; explained that the hearing per the Motion to Dismiss is coming up and I will reach out to the Trustee to see if we can cure the arrearage and payment increase instead of dismissal; also she requested the balance still owed on the claims | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/26/2026 | Contact Debtor (Text/Email): Reviewed Trustee's website to get the claim summary report and the plan payment report; drafted email to the debtor with the documents per her request | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/26/2026 | Drafted email to Trustee's attorney requesting to work out an Agreed Order per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/26/2026 | Reiviewed email from the Trustee's office stating that he will be emailing the Agreed Order per the Motion to Dismiss denying the dismissal and curing the arrearage | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/26/2026 | Drafted letter to Permission to Contact Letter to Cadence; created VM task to print and mail | 0.20 | $155.00 | $31.00 |
| Service | VM | 03/30/2026 | Reviewed and signed Permission to Speak letter to Cadence Bank | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/31/2026 | Review: 23-12624-SDM Order on Motion to Dismiss Case for Failure to Make Plan Payments Document# 88 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/02/2026 | Call Debtor: Reviewed message from debtor requesting a call back; phone conference with debtor about dismissing her case; she feels that she will be able to handle her creditors and does not want to make the payments anymore; says it would be better for her to dismiss; explained the process and what is needed from her to dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/02/2026 | Draft Motion: Drafted Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/02/2026 | Review email from debtor: Reviewed email from debtor with a word document wanting her case dismissed; drafted email to debtor requesting the document to be signed or to draft an email stating the same thing | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/02/2026 | Review email from debtor: Reviewed email from debtor stating that she would like her case dismissed; drafted email memo to JAC re: review Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/03/2026 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/03/2026 | Reviewed email memo from JAC re: Motion to Dismiss; prepared the Motion for Dismiss and the Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/03/2026 | Call Debtor: Phone conference with debtor informing her the Motion to Dismiss will be filed today; she has requested once the Release of Wages is filed to send a copy to her | 0.10 | $155.00 | $15.50 |

| | | | employer | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/03/2026 | Reviewed correction action requested filed by the ND court; phone conference with the ND court regarding refiling the Motion to Dismiss; prepared the Motion and Order to Dismiss for upload to the court | 0.30 | $0.00 | $0.00 |
| Service | JAC | 04/03/2026 | Review: 23-12624-SDM Clerk's Request for Corrective Action Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/06/2026 | Review: 23-12624-SDM Correction of Deficient Filing Document# | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/07/2026 | Reviewed court docket to verify if the release of wages has been filed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/07/2026 | Review: 23-12624-SDM Law Clerk Request for Corrective Action Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/08/2026 | Review: 23-12624-SDM Cancellation of Hearing in Dismissed Case Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/08/2026 | Review: 23-12624-SDM Order on Motion to Dismiss Case Document# 92 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/09/2026 | Reviewed court docket to verify if the release of wages has been filed; drafted email to the Trustee's office inquiring when the release of wages could be filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/09/2026 | Reviewed email from the Trustee's office; the release of wages will be filed today | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/10/2026 | Review: 23-12624-SDM Order on Release of Wages Document# 93 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/10/2026 | Reviewed Trustee's website to verify the funds on hand; drafted email to the Trustee inquiring if any additional attorney fees will be paid | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/10/2026 | Contact Debtor (Text/Email): Reviewed court docket for the release of wages; drafted emails to debtor and debtor's employer with the release of wages; drafted fax to debtor's employer with the release of wages | 0.20 | $155.00 | $31.00 |

| Service | KR | 04/13/2026 | Drafted another email to the Trustee's office about attorney fees | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | KR | 04/14/2026 | Reviewed email memo from the Trustee's office stating that no additional attorney fees will be paid; all funds on hand were refunded to debtor | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/15/2026 | Reviewed court docket for all previous orders and invoices filed for Applications for Compensation; drafted 1st part of the Final Application using totals from the previous invoices and orders | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,645.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $61.65 | $61.65 |
| Expense | 10/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $61.65 | $61.65 |
| Expense | 03/30/2026 | Postage: Mailed Permission to Speak letter to Cadence Bank | 1.00 | $0.74 | $0.74 |
| | | | **Expenses Subtotal** | | **$124.04** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.6 | $360.00 | $576.00 |
| Thomas Rollins | | Attorney | 0.4 | $360.00 | $144.00 |
| Brooke Brueland | | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Vanessa Martinez | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Clara Ortega | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | | Non-Attorney | 5.0 | $155.00 | $775.00 |
| Kerri Rodabough | | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$1,769.04** |
| | | | | **Total** | **$1,769.04** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5334 | 10/20/2023 | $1,788.06 | $0.00 | $1,788.06 |
| 5866 | 02/22/2024 | $2,125.90 | $0.00 | $2,125.90 |
| 6457 | 06/27/2024 | $994.54 | $0.00 | $994.54 |
| 7018 | 10/31/2024 | $1,391.08 | $0.00 | $1,391.08 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8950 | 05/15/2026 | $1,769.04 | $0.00 | $1,769.04 |

**Outstanding Balance**    **$8,068.62**

**Total Amount Outstanding**    **$8,068.62**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Kimberly Nakita Outlaw**                    **Case No. 23-12624-SDM**
, Debtor                                                    **CHAPTER 13**

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1.  I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys

    representing the debtor in the Chapter 13 case referenced in the attached Application.

2.  I have personal knowledge of the matters stated herein and am competent to testify to them.

3.  Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred

    in connection with my representation of the debtor in this matter.

4.  I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true,

    accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on

    behalf of the debtor.

5.  The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for

    similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**Thomas C. Rollins, Jr.**

**SUBSCRIBED AND SWORN TO BEFORE ME,** this 17th day of April , 20 26 , by

Thomas C. Rollins, Jr.

_____
**Notary Public**

**My Commission Expires** _____

Exhibit "C"