0004-73-EPIEXX-00450850-196251

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  KIMBERLY NAKITA OUTLAW                                  Case No.:  23-12624-SDM

                    Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  08/25/2023.
2)  The plan was confirmed on  11/03/2023.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  02/11/2026, 04/03/2026, 04/03/2026.
5)  The case was dismissed on  04/07/2026.
6)  Number of months from filing or conversion to last payment:  32.
7)  Number of months case was pending:  32.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  41,394.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

---

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $60,209.00 |
| Less amount refunded to debtor: | $1,207.96 |

**NET RECEIPTS:**                                                   $59,001.04

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,334.97 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $4,664.35 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                              $7,999.32

Attorney fees paid and disclosed by debtor:          $.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADT LLC | Unsecured | 590.19 | 574.18 | 574.18 | 155.71 | .00 |
| CADENCE BANK | Secured | 150,833.00 | 149,728.35 | 20,993.98 | 20,993.98 | .00 |
| CADENCE BANK | Secured | 1,951.62 | 1,951.62 | 1,951.62 | 882.73 | .00 |
| CADENCE BANK | Secured | 12,827.18 | 12,827.18 | 12,827.18 | 4,579.19 | .00 |
| CADENCE BANK | Secured | 749.00 | 749.00 | 749.00 | 260.54 | .00 |
| CAPITAL ONE | Unsecured | 309.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 520.00 | 563.02 | 563.02 | 159.36 | .00 |
| CITIBANK N.A. | Unsecured | 5,119.00 | 5,294.19 | 5,294.19 | 1,498.56 | .00 |
| CREDIT COLLECTION SVCS | Secured | NA | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 927.00 | 1,018.46 | 1,018.46 | 288.24 | .00 |
| ENTERGY GSU | Unsecured | 109.00 | NA | NA | .00 | .00 |
| ENTERGY MISSISSIPPI INC | Secured | NA | NA | NA | .00 | .00 |
| FIRST PROGRESS | Unsecured | 125.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00450850-196251

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: KIMBERLY NAKITA OUTLAW                                                 Case No.: 23-12624-SDM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GOLDMAN SACHS BANK / APPLE CARD | Unsecured | 1,520.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,019.00 | 1,078.80 | 1,078.80 | 305.28 | .00 |
| KINGSTON DATA AND CREDIT INTERNA | Unsecured | 735.00 | NA | NA | .00 | .00 |
| LEFLORE COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| LEFLORE COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| PARAMOUNT CAPITAL GROUP | Unsecured | 1,397.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,963.00 | 4,133.30 | 4,133.30 | 1,170.00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 411.00 | 504.29 | 504.29 | 142.80 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,475.00 | 1,624.54 | 1,624.54 | 459.84 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 207.00 | 253.82 | 253.82 | 71.76 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,557.00 | 2,662.17 | 2,662.17 | 753.60 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 370.93 | 370.93 | 370.93 | 104.88 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 622.00 | 721.78 | 721.78 | 204.24 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 510.00 | 552.48 | 552.48 | 156.48 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 401.00 | 441.52 | 441.52 | 125.04 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 577.00 | 577.19 | 577.19 | 163.44 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 263.00 | 263.14 | 263.14 | 74.40 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 217.00 | 217.86 | 217.86 | 61.68 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 603.00 | 650.30 | 650.30 | 184.08 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 913.00 | 1,001.51 | 1,001.51 | 283.44 | .00 |
| RICHARD WILLIAMS | Secured | NA | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 911.00 | NA | NA | .00 | .00 |
| UPGRADE INC | Unsecured | 1,799.00 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION/MOHI | Unsecured | 209,054.00 | NA | NA | .00 | .00 |
| VERITAS FEDERAL CREDIT | Secured | 32,485.00 | 32,335.67 | 32,335.67 | 13,026.38 | 4,348.39 |
| VERITAS FEDERAL CREDIT | Unsecured | 969.00 | 1,010.92 | 1,010.92 | 286.08 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00450850-196251

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  KIMBERLY NAKITA OUTLAW                                           Case No.:  23-12624-SDM

             Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERITAS FEDERAL CREDIT | Unsecured | 912.00 | 924.43 | 924.43 | 261.60 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 33,821.16 | 25,573.17 | .00 |
| Mortgage Arrearage: | 1,951.62 | 882.73 | .00 |
| Debt Secured by Vehicle: | 32,335.67 | 13,026.38 | 4,348.39 |
| All Other Secured: | 749.00 | 260.54 | .00 |
| **TOTAL SECURED:** | 68,857.45 | 39,742.82 | 4,348.39 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,438.83 | 6,910.51 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,999.32 |
| Disbursements to Creditors: | $51,001.72 |
| **TOTAL DISBURSEMENTS:** | $59,001.04 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   04/30/2026                              By:   /s/Locke D. Barkley
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.